

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2020

No. 04-19-00245-CR

Vanessa **CAMERON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR4286C
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

Appellant has filed an "Objection to the Clerk's Record and Motion to Abate Appeal in Order to Supplement Clerk's Record." In the motion, appellant asserts that the clerk's record does not contain all the sealed motions filed by her trial counsel and ruled on by the trial court, including a motion seeking funds for the retainer and travel of an expert witness the denial of which she represents will be an issue on appeal. Appellant asks this court to abate the appeal and instruct the trial court to conduct a hearing and determine whether the missing motions and related orders are lost or destroyed, and if so, whether they may be replaced by agreement of the parties or with an accurate copy or duplicate. *See* TEX. R. APP. P. 34.5(e). The State did not file a response opposing the motion. The appellant's motion is GRANTED.

Accordingly, this appeal is ABATED for a period of thirty (30) days from the date of this order, and the trial court is ORDERED to conduct a hearing and make written findings of fact determining whether: (1) any sealed motions and related orders have been lost or destroyed, (2) the missing pleadings are necessary to the appeal's resolution, and if so, (3) whether the lost or destroyed pleadings can be replaced by agreement of the parties or with an accurate copy of the missing pleading(s). *See* TEX. R. APP. P. 34.5(e).

The trial court clerk is ORDERED to file a supplemental clerk's record containing the trial court's written findings and any previously omitted sealed motions and related orders in this court *within thirty days* from the date of this order. The trial court clerk is ORDERED to file the supplemental clerk's record **under seal** in this court.

_____
Liza A. Rodriguez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2020.



_____
Michael A. Cruz,
Clerk of Court